**Moderna, Inc. (MRNA)**                                                                                         **Mason Wentz**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 5/24/2024 | 25 | $166.4999 |