**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF**
**THE MOTION OF PAK SA KIM FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, THEODORE M. HESS-MAHAN, hereby declare under penalties of perjury that:

1.      I am Of Counsel at Hutchings Barsamian Mandelcorn, LLP.  I make this Declaration in Support of the Motion of Pak Sa Kim ("Kim") for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Kim's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Kim's Loss Chart;

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:    Firm Résumé of Hutchings Barsamian Mandelcorn, LLP.

Dated: October 8, 2024    */s/ Theodore M. Hess-Mahan*
                          THEODORE M. HESS-MAHAN

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 8, 2024.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

1