**Moderna, Inc. (MRNA)**

FIFO/LIFO/DURA Losses

Class Period: 01/18/2023 - 06/25/2024

Hold Price:        $95.3910

| MOVANT | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
| PAK SA KIM | pre-class | 1,754 | | | 05/10/23 | 4 | 132.3319 | | | | |
| | | | | | 10/23/23 | 62 | 79.5510 | | | | |
| | | | | | 12/06/23 | 50 | 79.5600 | | | | |
| | 05/28/24 | 1,285 | 161.7651 | 207,868.15 | | | | 0.00 | 1,285 | 122,577.39 | (85,290.76) |
| | 06/17/24 | 11 | 138.6922 | 1,525.61 | | | | 0.00 | 11 | 1,049.30 | (476.31) |
| | 06/17/24 | 226 | 138.6850 | 31,342.81 | | | | 0.00 | 226 | 21,558.36 | (9,784.45) |
| **PAK SA KIM Totals** | | **1,522** | | **$240,736.58** | | **-** | | **$0.00** | **1,522** | **$145,185.05** | **($95,551.52)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $95.3910 per share.