**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE, <br><br> Defendants. | Case No. 1:24-cv-12058-IT <br><br> **CLASS ACTION** |

**SUPPLEMENTAL DECLARATION OF THEODORE M. HESS-MAHAN IN FURTHER
SUPPORT OF THE MOTION OF PAK SA KIM FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, THEODORE M. HESS-MAHAN, hereby declare under penalties of perjury that:

1.      I am Of Counsel at Hutchings Barsamian Mendelcorn, LLP.  I make this Declaration in Further Support of the Motion of Pak Sa Kim for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    *Lundstrom v. Young*, No. 18-cv-2856-GPC, 2023 WL 1120867 (S.D. Cal. Jan. 27, 2023).

Exhibit B:    *In the Interest of Lundstrom*, No. 233-515485-12 (231 Jud. Dis. Tarrant Cnty., Tx.  Mar. 22, 2017).

Dated: October 22, 2024                     */s/ Theodore M. Hess-Mahan*
                                                          THEODORE M. HESS-MAHAN

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: October 22, 2024

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan (BBO #557109)
HUTCHINGS BARSAMIAN
MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com