**EXHIBIT B**

REPORTER'S RECORD

VOLUME 2 OF 3 VOLUMES

Trial Court Cause No. 233-515485-12

IN THE INTEREST OF             |    IN THE 231st JUDICIAL
                               |
                               |
                               |
DANIEL E. LUNDSTROM,           |    DISTRICT COURT OF TEXAS
LILLY J. LUNDSTROM,            |
AND JAKE L. LUNDSTROM,         |
                               |
CHILDREN                       |    IN AND FOR TARRANT COUNTY

MOTIONS AND COMPLIANCE HEARING

BE IT REMEMBERED that on the 22nd day of March 2017, the following proceedings came on to be heard in the above-entitled and -numbered cause before the HONORABLE JESÚS NEVAREZ, JR., judge presiding, held in Fort Worth, Tarrant County, Texas.

The proceedings were reported by machine shorthand.

MS. JANICEK: Back in November of 2016 we -- when we were here in front of you, I believe, on the interim fee issue, one of the rulings that you made was that Dr. Young was no longer required to log into Our Family Wizard®. Right now she has to do that every 24 hours, and I just have an order that states that she's no longer required to do that and she log in every seven days.

THE COURT: That's fine.

MS. JANICEK: May I approach?

THE COURT: I'll grant that request.

Yes.

I mean, we can't even get him here to the courthouse.

MS. JANICEK: Thank you.

Judge, when you're ready I've got one more thing.

THE COURT: Okay. Go ahead.

MS. JANICEK: I had previously asked Dr. Young when she was on the stand if she was asking the Court to do basically anything -- allow us to do anything that we can do in terms of a wage withholding order or a qualified domestic relations order or whatever it is we can do to try to secure and collect some of these judgments and child support judgments, and that was my

way of making a trial amendment. And so I would certainly ask that the Court make a ruling on that whether or not it grants or denies that requested relief.

THE COURT: I will grant it.

MS. JANICEK: Thank you, Your Honor.

THE COURT: Okay. Did you have it somewhere in here?

MS. JANICEK: No, I don't. I'll bring you an order.

THE COURT: Okay.

MS. JANICEK: And on the top of two of those --

May I approach?

Can we write default?

THE COURT: Yes, you may.

MS. JANICEK: This one says defaulted.

THE COURT: One of them says default because I just wrote that.

We're off the record.

[Discussion off the record.]

We're back on the record, and just for the record, I just want to find that the respondent -- he's the petitioner actually, correct?

MS. JANICEK: He's the respondent to this.

THE COURT: He's the respondent to this.

MS. JANICEK: To these pleadings, yes.

THE COURT: That Brian Lundstrom, although duly notified of today's hearing, failed to appear and is made default as to of all the motions presented here today and so, therefore, all relief requested has been granted to Ms. Young.

MS. JANICEK: Thank you, Judge.

THE COURT: Thank you.

Anything else?

MS. JANICEK: Nothing further.

THE COURT: All right. That will be the order of the Court.

Thank you.

[End of Proceedings.]

D I S C L O S U R E

NOTE:    Texas Supreme Court rule adopted and
         promulgated in conformity with Chapter 52 of
         the Government Code, V.T.C.A.

         Please be advised that pursuant to the
Texas Government Code with regard to disclosure, I, to
the best of my knowledge, have no existing or past
financial, business, professional, family, or social
relationships with any of the parties or their attorneys
which might reasonably create an appearance of
partiality.

/S/Carolyn S. Grant
_____
Carolyn S. Grant, Texas CSR #1423
Expiration Date:  12/31/2019
Official Court Reporter, 231st District Court
Family Law Center
200 E. Weatherford St., 5th Floor
Fort Worth, TX  76196-0240
Telephone:  (817) 884-2724
Facsimile:  (817) 884-3577
E-Mail:  cstewart@tarrantcounty.com

C E R T I F I C A T E


THE STATE OF TEXAS          |

COUNTY OF TARRANT           |


        I, CAROLYN S. Grant official court reporter in and for the 231st District Court, State of Texas, County of Tarrant, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the reporter's record in the aforementioned cause, all of which occurred in open court or in chambers and were reported by me.

        I FURTHER CERTIFY that this reporter's record of the proceedings truly and correctly reflects the exhibits, if any, offered and/or admitted by the respective parties.

        WITNESS MY OFFICIAL HAND this the 26th day of August 2019.




/S/Carolyn S. Grant
_____
Carolyn S. Grant, Texas CSR #1423
Expiration Date:  12/31/2019
Official Court Reporter, 231st District Court
Family Law Center
200 E. Weatherford St., 5th Floor
Fort Worth, TX  76196-0240
Telephone:  (817) 884-2724
Facsimile:  (817) 884-3577
E-Mail:  cstewart@tarrantcounty.com