**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No.: 1:24-cv-12058-IT<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF BY THE ORCA TRUST DATED MAY 29, 2018 IN REPLY AND FURTHER SUPPORT OF MOTION FOR LEAD PLAINTIFF AND SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Orca Trust dated May 29, 2018 ("Movant") respectfully moves this Court for an order approving Movant's unopposed request for leave to file a Reply, not to exceed five (5) pages in further support of its motion for appointment as lead plaintiff in the above-captioned action (the "Action") pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks leave to file a reply in further support of it's motion for appointment as lead plaintiff and approval of its choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. Movant, Pak Sa Kim ("Mr. Kim") has consented to the request. This motion is based on this notice, the attached unopposed request for reply, and the Court's

complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: October 29, 2024                    Respectfully submitted,

                                           */s/ Shannon L. Hopkins*
                                           Shannon L. Hopkins (BBO# 657485)
                                           **LEVI & KORSINSKY, LLP**
                                           1111 Summer Street, Suite 403
                                           Stamford, Connecticut 06905
                                           Tel. (203) 992-4523
                                           Fax: (212) 363-7500
                                           E-mail: shopkins@zlk.com

                                           **LEVI & KORSINSKY, LLP**
                                           Adam M. Apton
                                           33 Whitehall Street, 17th Floor
                                           New York, NY 10004
                                           Tel: (212) 363-7500
                                           Fax: (212) 363-7171
                                           Email: aapton@zlk.com

                                           *Counsel for the Orca Trust dated May 29, 2018 and*
                                           *Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 29, 2024.

Dated: October 29, 2024                          */s/ Shannon L. Hopkins*
                                                 Shannon L. Hopkins