**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE, <br><br> Defendants. | Case No.: 1:24-cv-12058-IT <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF BY THE ORCA TRUST DATED MAY 29, 2018 IN REPLY AND FURTHER SUPPORT OF <u>MOTION FOR LEAD PLAINTIFF AND SELECTION OF COUNSEL</u>**

Having considered the papers filed in support of the Motion of class member movant the Orca Trust dated May 29, 2018 ("Movant") for Appointment as Lead Plaintiff and Approval of Selection of Counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

<u>**APPROVAL OF REQUEST FOR LEAVE TO FILE REPLY**</u>

1.      Movant has moved this Court to approve Movant's unopposed request for leave to file a Reply, not to exceed five (5) pages in further support of its motion for appointment as lead plaintiff in the above-captioned action (the "Action") pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

2.      Having considered the provisions of the PSLRA, codified at Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby grants  Movant's request for leave to file a reply within two days of the date this order is entered.


**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE