**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE, <br><br> Defendants. | Case No. 1:24-cv-12058-IT <br><br> **CLASS ACTION** |

**PAK SA KIM'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE A SUR-REPLY BRIEF IN FURTHER SUPPORT OF MOTION**
**FOR LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Pursuant to Local Rule 7.1(b)(3) and with the consent of Movant Orca Trust dated May 29, 2018's ("Orca"), Lead Plaintiff Movant Pak Sa Kim hereby respectfully requests leave to file a brief Sur-Reply (the "Sur-Reply") to Orca's Reply in Further Support of Its Motion to Appoint Lead Plaintiff and Approve Lead Counsel (the "Reply") (ECF No. 45). In the Reply, Orca raised a new argument for the first time; namely, that the judicial findings against Brian Lundstrom (Orca's trustee and signatory of Orca's certification) – which Orca did not disclose in its opening motion – should be ignored.

WHEREFORE, Kim requests leave to file a Sur-Reply, not to exceed five (5) pages. A copy of Kim's Proposed Sur-Reply Brief is attached as Exhibit A hereto.

Dated: November 1, 2024

Respectfully submitted,

**HUTCHINGS BARSAMIAN
MANDELCORN, LLP**

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Pak Sa Kim and Proposed
Local Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
             seidman@bernlieb.com

*Counsel for Pak Sa Kim and Proposed Lead
Counsel for the Proposed Class*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that counsel for the respective parties have conferred and have attempted in good faith to resolve or narrow the issue(s) raised in this motion. Movant Orca Trust, by and through its counsel, does not object to the relief requested herein.

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan (BBO #557109)
HUTCHINGS BARSAMIAN MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 1, 2024.

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan (BBO #557109)
HUTCHINGS BARSAMIAN MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

3