**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-12058-IT |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE, | |
| Defendants. | |

**PAK SA KIM'S NOTICE OF UNOPPOSED MOTION FOR LEAVE**
**TO FILE A SUR-REPLY BRIEF IN FURTHER SUPPORT OF MOTION**
**FOR LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiff movant Pak Sa Kim ("Kim") respectfully moves this Court for an order approving Kim's unopposed request for leave to file a Sur-Reply, not to exceed five (5) pages, in further support of Kim's motion for appointment as lead plaintiff in the above-captioned action pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, and approving Kim's selection of lead and liaison counsel for the Class. Movant Orca Trust dated May 29, 2018 has consented to the request.

This motion is based on this notice, the attached unopposed request for leave to file a sur-reply, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

1

Dated: November 1, 2024                     Respectfully submitted,

                                            **HUTCHINGS BARSAMIAN
                                            MANDELCORN, LLP**

                                            */s/ Theodore M. Hess-Mahan*
                                            Theodore M. Hess-Mahan (BBO #557109)
                                            110 Cedar Street, Suite 250
                                            Wellesley Hills, MA 02481
                                            Telephone: (781) 431-2231
                                            Facsimile: (781) 431-8726
                                            thess-mahan@hutchingsbarsamian.com

                                            *Local Counsel for Pak Sa Kim and Proposed
                                            Local Counsel for the Proposed Class*

                                            **BERNSTEIN LIEBHARD LLP**
                                            Laurence J. Hasson
                                            Joseph R. Seidman, Jr.
                                            10 East 40th Street
                                            New York, NY 10016
                                            Telephone: (212) 779-1414
                                            Facsimile: (212) 779-3218
                                            Email:  lhasson@bernlieb.com
                                                    seidman@bernlieb.com

                                            *Counsel for Pak Sa Kim and Proposed Lead
                                            Counsel for the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 1, 2024.

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan (BBO #557109)
HUTCHINGS BARSAMIAN MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com