**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>     Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING PAK SA KIM'S MOTION FOR LEAVE
TO FILE A SUR-REPLY BRIEF IN FURTHER SUPPORT OF MOTION
FOR LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered the papers filed in support of the Motion of Pak Sa Kim For Leave to File A Sur-Reply in Further Support of Motion for Lead Plaintiff and Approval of Selection of Counsel, and for good cause shown, the Court hereby enters the following Order:

1.  Kim has moved this Court to approve his unopposed request for leave to file a Sur-Reply not to exceed five (5) pages in further support of his motion for appointment as lead plaintiff and approval of counsel in the above-captioned action.

2.  The Court hereby grants Kim's request for leave to file a Sur-Reply within two days of the date this order is entered.

**IT IS SO ORDERED.**

Dated: _____

             _____
             THE HONORABLE INDIRA TALWANI
             UNITED STATES DISTRICT JUDGE