**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MASON WENTZ, Individually and on Behalf
of All Others Similarly Situated,

                        Plaintiffs,

        -v.-

MODERNA, INC., STÉPHANE BANCEL,
JAMES M. MOCK, and STEPHEN HOGE

                     Defendants.

Case No. 1:24-cv-12058-IT

### DEFENDANTS' SUBMISSION RELATED TO LEAD PLAINTIFF MOTIONS

Defendants Moderna, Inc. *et al* respectfully submit information that has just come to our attention which may impact the Court's decision on the pending Lead Plaintiff motions. We take no position as to which movant the Court should select.

Yesterday, Moderna's Chief Legal Officer ("CLO") received the following email:

Dear Shannon,

Acquisiton [sic] of trademarks Bioartificial Intelligence(tm) and bioAI(tm) will be associated with lead plainitff [sic] withdrawal in the class action suit against Moderna.

This will make it far simpler to settle with the other few candidates for lead plaitiff [sic] privately, saving Moderna much time and money.

While unusual, it is a smart business decision for the company.

Sincerely, 4duro

Today, the CLO received another email, clarifying that the ORCA Trust is the owner of the trademarks at issue and was offering to "enter into [a] simple, confidential agreement for sale of the two trademarks and simultaneous withdrawal as lead plaintiff."

We attach hereto as Exhibit A the emails as received, with the CLO's email address redacted. Moderna will not respond to the unsolicited emails. Given that the proposal may

implicate the integrity of the Court's processes, we believed it important to submit for the Court's

consideration as it deems appropriate.

Respectfully submitted,

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO# 567837)
Mariem Marquetti (BBO# 709438)
SHERIN AND LODGEN LLP
One Lincoln Street
Boston, Massachusetts 02111
(617) 646-2000
sjshanahan@sherin.com
mmarquetti@sherin.com

Boris Feldman (*pro hac vice*)
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com

Meredith J. Kotler (*pro hac vice*)
Adam Rosenfeld (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
meredith.kotler@freshfields.com
adam.rosenfeld@freshfields.com

Dated: November 22, 2024

2

4857-1213-9775.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent November 22, 2024 to those identified as non-registered participants.

<u>/s/ *Sara Jane Shanahan*</u>
Sara Jane Shanahan

4857-1213-9775.v1