**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>-v.-<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE<br><br>                   Defendants. | Case No. 1:24-cv-12058-IT |

## DEFENDANTS' SUPPLEMENTAL SUBMISSION RELATED TO LEAD PLAINTIFF MOTIONS

Subsequent to Defendants' filing on Friday, ECF 53, the Company received an email that stated: "ORCA is withdrawing immediately to avoid any confusion. ORCA was courted by several class action firms, did not want to be lead in the first instance, and certainly does not want to implicate process integrity of any kind." The full email is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO# 567837)
Mariem Marquetti (BBO# 709438)
SHERIN AND LODGEN LLP
One Lincoln Street
Boston, Massachusetts 02111
(617) 646-2000
sjshanahan@sherin.com
mmarquetti@sherin.com

Boris Feldman (*pro hac vice*)
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com

4857-1213-9775.v1

Meredith J. Kotler (*pro hac vice*)
Adam Rosenfeld (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
meredith.kotler@freshfields.com
adam.rosenfeld@freshfields.com

Dated: November 25, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent November 25, 2024 to those identified as non-registered participants.

/s/ *Sara Jane Shanahan*
Sara Jane Shanahan

2

4857-1213-9775.v1