## KOTLER, Meredith (MEK)

**Subject:**                    FW: [External] Re: bioAI for MRNA

**From:** mrnanext <mrnanext@protonmail.com>
**Date:** Friday, November 22, 2024 at 6:35 PM
**To:** Shannon Klinger ███████████████████████
**Subject:** [External] Re: bioAI for MRNA

**EXTERNAL**

Dear Shannon,

ORCA is withdrawing immediately to avoid any confusion. ORCA was courted by several class action firms, did not want to be lead in the first instance, and certainly does not want to implicate process integrity of any kind.

The Bioartificial Intelligence(tm) and bioAI(tm) trademarks have been offered for sale to Abcellera, Absci, Google, Moderna, NVIDIA, OpenAI, and other relevant companies. See public listing at Bioartificial Intelligence (bioAI) | U.S. Trademark ExchangeU.S. Trademark Exchange.

Sincerely, ORCA
On Thursday, November 21st, 2024 at 9:26 AM, mrnanext <mrnanext@protonmail.com> wrote:

> Dear Shannon,
>
> Acquisiton of trademarks Bioartificial Intelligence(tm) and bioAI(tm) will be associated with lead plainitff withdrawal in the class action suit against Moderna.
>
> This will make it far simpler to settle with the other few candidates for lead plaitiff privately, saving Moderna much time and money.
>
> While unusual, it is a smart business decision for the company.
>
> Sincerely, 4duro
>
> Sent with Proton Mail secure email.
>
> On Monday, November 18th, 2024 at 10:44 AM, mrnanext <mrnanext@protonmail.com> wrote:
>
>> Dear Shannon,
>>
>> Moderna is a biotech leader in the use of AI, e.g. in association with the Individualized Neoantigen Therapy.
>>
>> Trademarks Bioartificial Intelligence(tm) and bioAI(tm) are available if Moderna is intersted, likely for use across all the company's product lines.
>>
>> The logo itself is illustrated here with Monderna's logo.

1

# mode

Sincerely, 4duro

Confidentiality notice and disclaimer: The information in this message and any attachments is intended for the exclusive use of the addressee(s), is confidential and may be privileged or otherwise protected from disclosure. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, of any such information by persons or entities other than the intended addressee(s) is prohibited. If you have received this message in error and are not the intended addressee, please notify the sender immediately and delete this message and any attachments from your system without reading or disclosing them. If you are not the intended addressee, be advised that any use of the information in this message and any attachment is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.