# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>~~CLASS ACTIO~~N |

## [PROPOSED] ORDER APPOINTING LEAD COUNSEL AND LIASION COUNSEL

**WHEREAS**, the Court has considered the Renewed Motion of Pak Sa Kim for Approval of Selection of Lead Counsel and Liaison Counsel,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of the following individual lawyers of the firm Bernstein Liebhard LLP to act as Lead Counsel:

   a. Stanley D. Bernstein;

   b. Michael S. Bigin; and

   c. Stephanie M. Beige.

2. The Court further approves Lead Plaintiff's selection of Theodore M. Hess-Mahan, who is Of Counsel to Hutchings Barsamian Mandelcorn, LLP, to act as Liaison Counsel.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

   a. to coordinate the briefing and argument of motions;

   b. to coordinate the conduct of discovery proceedings;

   c. to coordinate the examination of witnesses in depositions;

   d. to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

   e. to coordinate all settlement negotiations with counsel for Defendants;

   f. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

   g. to supervise any other matters concerning the prosecution, resolution, or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by Lead Plaintiff without the approval of Lead Counsel, so as to prevent

1

duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

6. Defendants shall effect service of papers on Lead Plaintiff by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Lead Plaintiff shall effect service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

7. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**SO ORDERED.**

Dated: June 10, 2025

_____
The Honorable Indira Talwani
United States District Court Judge

2