## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

## AMENDED CLASS ACTION COMPLAINT

**TABLE OF CONTENTS**

**Page**

I.    SUMMARY OF THE ALLEGATIONS ................................................................ 1

II.    JURISDICTION AND VENUE .......................................................................... 4

III.    PARTIES ............................................................................................................ 4

IV.    SUBSTANTIVE ALLEGATIONS .................................................................... 6

    A.    Background ............................................................................................. 6

    B.    Moderna Attempts to Position Itself as a mRNA Platform Company ................... 7

    C.    Moderna's Development of an RSV Vaccine Was Behind the Competition and It Needed to Have the Best Product on the Market to Capture Market Share ........................................................................................... 9

    D.    Moderna Attempts to Differentiate Itself and Position mRESVIA as the Superior RSV Vaccine ......................................................................... 11

    E.    Moderna Files for FDA Approval of mRESVIA .................................................. 14

    F.    Defendants Knew Updated Datasets Showed Lower mRESVIA Vaccine Efficacy Than What They Reported to the Market ................................................ 14

    G.    Moderna Misrepresents mRESVIA's Vaccine Efficacy ..................................... 16

    H.    Moderna Disclosed That mRESVIA Has a Lower Vaccine Efficacy Causing Moderna's Stock Price to Drop ......................................................... 18

    I.    Post-Class Period Facts Confirm the Importance of Having the Highest Vaccine Effectiveness ........................................................................... 19

V.    DEFENDANTS' MISLEADING STATEMENTS AND MATERIAL OMISSIONS ................................................................................................. 19

    A.    February 15, 2024 Presentation at the 8th ReSViNET Conference ..................... 19

    B.    February 22, 2024 4Q 2023 Earnings Call ........................................................... 21

    C.    February 23, 2024 Annual Report to Shareholders ............................................. 23

    D.    February 29, 2024 ACIP Presentation ................................................................. 24

    E.    March 15, 2024 Annual Report to Shareholders ................................................. 26

    F.    March 27, 2024 Annual Vaccines Day Presentation to Investors ........................ 28

    G.    May 2, 2024 Moderna Publishes Financial Results for the First Quarter of 2024 with the SEC on Form 10-Q, and Hosts an Earnings Call for Investors and Analysts ......................................................................... 30

VI.    THE TRUTH IS REVEALED ......................................................................... 32

VII.    ADDITIONAL ALLEGATIONS OF SCIENTER ........................................... 32

i

|   | A. | The Fraud Infected Moderna's Core Operations, which Defendants Closely Monitored ........................................................... 32 |
|---|---|---|
|   | B. | Defendants Were Motivated to Conceal the Actual Vaccine Efficacy of mRESVIA .............................................................. 33 |
| VIII. | | LOSS CAUSATION .......................................................... 36 |
| IX. | | CLASS ACTION ALLEGATIONS ................................... 37 |
| X. | | APPLICABILITY OF PRESUMPTION OF RELIANCE .................. 39 |

FIRST CAUSE OF ACTION ........................................................................ 41

SECOND CAUSE OF ACTION .................................................................... 43

| XI. | | PRAYER FOR RELIEF ..................................................... 45 |
|---|---|---|
| XII. | | JURY TRIAL DEMANDED ............................................... 45 |

1.     Lead Plaintiff Pak Sa Kim ("Plaintiff") through Lead Counsel, brings this securities class action on behalf of himself and all other persons or entities who purchased Moderna, Inc. securities between February 15, 2024 and May 31, 2024, inclusive (the "Class Period"), and were damaged thereby, against Defendants Moderna, Inc. ("Moderna" or the "Company"), Stéphane Bancel ("Bancel"), James M. Mock ("Mock"), and Stephen Hoge ("Hoge") (collectively, the "Individual Defendants" and with Moderna, "Defendants") for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 promulgated thereunder.

2.     Plaintiff makes the following allegations upon information and belief, except as to those allegations concerning Plaintiff, which Plaintiff alleges upon personal knowledge. Plaintiff's information and belief are based upon Lead Counsel's investigation, which included a review and analysis of, *inter alia*: (i) regulatory filings made by Moderna with the United States Securities and Exchange Commission ("SEC"); (ii) a review and analysis of Moderna's conference calls, including conference calls on which Defendants and other senior level executives at Moderna participated; (iii) Moderna's press releases; (iv) Moderna's submissions to the National Library of Medicine Clinical Trials Database, U.S. Food and Drug Administration ("FDA"), and U.S. Centers for Disease Control and Prevention ("CDC") and other documents related thereto; and (v) information readily obtainable on the internet concerning FDA approval of Moderna's products. Plaintiff believes that additional substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I.     SUMMARY OF THE ALLEGATIONS

3.     Moderna is a biotechnology company that brought its first commercial product, the COVID-19 messenger RNA ("mRNA") vaccine, Spikevax, to market in 2020. Through its sales of Spikevax, Moderna generated billions of dollars in revenue from 2020 through 2022. But by

2023, COVID-19 was merely endemic, lowering demand for Spikevax. The Company's future depended on replacing lost Spikevax revenue and proving that Moderna's mRNA platform could produce other profitable drugs.

4.      mRESVIA was Moderna's Respiratory Syncytial Virus ("RSV") mRNA vaccine, and Moderna's second product from Moderna's mRNA platform.

5.      Moderna sought FDA approval for mRESVIA through its ConquerRSV Trial.

6.      Moderna's ConquerRSV Trial submissions were well behind in the race to be the first FDA approved RSV vaccine. On September 30, 2022, Pfizer, Inc. ("Pfizer") submitted an application for FDA approval of its RSV vaccine, Abrysvo. Shortly thereafter, on November 2, 2022, GlaxoSmithKline ("GSK") submitted its application for FDA approval of its RSV vaccine, Arexvy.

7.      In May 2023, the FDA granted approval for both Arexvy and Abrysvo, allowing Pfizer and GSK to divide the RSV market, cementing that mRESVIA would be at least the third market entrant. Thus, mRESVIA had to differentiate itself as a superior product with higher vaccine efficacy to take market share from the two earlier market entrants.

8.      On September 12, 2023, Moderna submitted its application for FDA approval of mRESVIA. Moderna reported that mRESVIA had vaccine efficacy of 83.7% against RSV. This positioned mRESVIA as the most effective RSV vaccine known to the market. Moderna then repeatedly touted its 83.7% vaccine efficacy rate against RSV in SEC filings and communications to investors prior to and throughout the Class Period.

9.      The Class Period begins on February 15, 2024, the date of the first misleading statement made when, based on FDA documentation, Defendants knew and/or recklessly

2

disregarded that they were overstating mRESVIA's 83.7% vaccine efficacy rate against RSV to investors, thereby inflating Moderna's stock price.

10.     According to FDA documents, which were not public during the Class Period, the FDA believed Defendants overstated mRESVIA's vaccine efficacy rate of 83.7% because that rate was inconsistent with Moderna's data reflecting the number of positive RSV cases incurred during the study. On January 25, 2024, the FDA advised Defendants to fix the inconsistencies "noted in the original datasets," conduct cleaning activities, and submit corrected datasets.

11.     FDA documents show that by February 13, 2024 Moderna corrected the datasets, and on February 26, 2024, provided the FDA with the corrected ConquerRSV Trial datasets. Moderna's updated datasets included additional positive RSV cases that established mRESVIA's vaccine efficacy was 78.7%, not 83.7%. Thus, by the start of the Class Period, Defendants knew that mRESVIA did not have a vaccine efficacy of 83.7%, which meant that mRESVIA would not be the RSV vaccine with the highest efficacy rate available on the market.

12.     Defendants' knowledge that they were overstating the vaccine effectiveness during the Class Period was also confirmed by Defendant Hoge, who admitted in June 2024 that Defendants knew about the reduced vaccine efficacy before February 13, 2024 because "we ultimately agreed" with the FDA to include an additional 20 confirmed RSV cases, which lowered the vaccine effectiveness rate.

13.     The truth was revealed on May 31, 2024 (the last day of the Class Period), when the FDA granted approval of mRESVIA and Moderna disclosed that mRESVIA had a vaccine efficacy of 78.7%.

14. The market reacted negatively to the revelation that mRESVIA did not have the previously represented 83.7% vaccine efficacy rate with the price of Moderna stock dropping nearly 6%, erasing hundreds of millions of dollars in shareholder value overnight.

## II. JURISDICTION AND VENUE

15. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC. *See* 17 C.F.R. § 240.10b-5.

16. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this judicial district.

17. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of national securities exchanges.

## III. PARTIES

18. Lead Plaintiff Pak Sa Kim, as set forth in the certification submitted with his motion for appointment as Lead Plaintiff, incorporated by reference herein, purchased Moderna securities during the Class Period and suffered damages as a result of the federal securities law violations alleged herein.

19. Defendant Moderna is a Delaware corporation with principal executive offices located at 325 Binney Street, Cambridge, Massachusetts 02142. Moderna's common stock trades on the Nasdaq Stock Market ("NASDAQ") under the ticker symbol "MRNA."

20. Defendant Bancel has served as Moderna's Chief Executive Officer and served on Moderna's Board of Directors at all relevant times. Moderna's 2024 Proxy Statement reports that

4

Bancel "plays a key role in setting the strategy for Moderna with the rest of the Board, and executing on that strategy with our management team. Mr. Bancel is intimately familiar with our operations and is a key driver behind our culture and way of working."

21.    Defendant Mock has served as Moderna's Chief Financial Officer at all relevant times. Moderna's 2024 Proxy Statement reports that Mock's duties include overseeing financial planning, business development, and investor relations.

22.    Defendant Hoge has served as Moderna's President at all relevant times. According to Moderna's By-Laws, Hoge was elected President by the Board of Directors and was subject to the direction of the Board of Directors. Hoge was Moderna's President at all relevant times and Moderna's 2024 Proxy Statement reports that Hoge "oversees Moderna's research & development efforts, from basic science through clinical development and regulatory approvals. He also oversees early commercial efforts for many of our pipeline programs."

23.    Individual Defendants possessed the power and authority to control the contents of Moderna's SEC filings, press releases, FDA and CDC presentations, and other market communications. The Individual Defendants were provided with copies of Moderna's SEC filings, press releases, FDA and CDC presentations, and other market communications alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with Moderna, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially misleading. The Individual Defendants are liable for the misleading statements and omissions pleaded herein.

5

IV.   SUBSTANTIVE ALLEGATIONS

    A.   Background

24.   Moderna is a biotechnology company that discovers, develops, and commercializes mRNA therapeutics and vaccines for the treatment of respiratory viruses, infectious diseases, immuno-oncology, rare diseases, autoimmune, and cardiovascular diseases.

25.   Moderna's first marketable product was its COVID-19 vaccine, Spikevax, which the Company began public distribution of in 2020.

26.   Spikevax was the Company's principal source of revenue prior to the Class Period. Specifically, in 2021, Moderna reported annual revenue of $18.5 billion, of which $17.7 billion was from Spikevax. Likewise in 2022, Moderna reported annual revenue of $19.3 billion, of which $18.4 billion was from Spikevax.

27.   As the COVID-19 pandemic became less of a public health concern, demand for Spikevax, Moderna's only commercially available product, was plummeting. In 2023, Moderna suffered a 65% decrease in annual revenue compared to the prior year, reporting just $6.8 billion in revenue, of which $6.7 billion was from Spikevax.

28.   Moderna achieved great success in bringing Spikevax to the market and quickly turning the product from the development stage to the revenue generation stage. However, as COVID-19 was shifting away from pandemic status and towards endemic status, demand for Spikevax would continue to wane and Moderna needed a new product to support its operations and compensate for the 65% decrease year-over-year in revenue.

29.   Moderna's solution to replace its $10 billion plus revenue decrease was to position the Company as a platform company with multiple FDA approved product offerings, the first of which being a vaccine for RSV.

30.    RSV is a common respiratory virus that infects the nose, throat, and lungs. RSV does not usually cause severe illness in healthy adults and children, however, infants, adults who are older, or those who have certain risk factors, can become very sick from RSV and may need to be hospitalized. According to Moderna's annual report for the year 2022:

> RSV is one of the most common causes of respiratory disease in children under the age of five and in older adults. Most children are infected at least once by age two. In the United States, it is estimated that over two million children younger than five receive medical attention and more than 86,000 are hospitalized due to RSV infection annually. RSV also causes a substantial burden of respiratory illness in older adults. RSV infection causes an estimated 177,000 hospitalizations and 14,000 deaths per year in adults aged 65 years or older in the United States.

**B.    Moderna Attempts to Position Itself as a mRNA Platform Company**

31.    Prior to the Class Period, Defendants explained that Moderna needed to expand beyond being merely a one-product company. Specifically, in the Company's 2020 Shareholder Letter, on January 4, 2021, Defendant Bancel said that "it made no sense for Moderna to be a one-product company." Defendant Bancel further explained that "Moderna is not solely a COVID-19 vaccine company. It is a very large technology platform company" which had "the most advanced mRNA platform in the industry."

32.    A November 8, 2022 analyst report from Deutsche Bank noted that "it has been apparent for some time that a resuscitation of fortunes depended on [mRNA] platform validation beyond COVID," with particular optimism for using the RSV program to execute this goal.

33.    Highlighting the importance of Moderna executing on its strategy to become a multi-product company, on September 12, 2023, at the Morgan Stanley 21st Annual Global Healthcare Conference, Defendant Bancel stated that Moderna was designed "in terms of research and investment, process engineering, manufacturing, and so on" as more than "a one-drug company." Defendant Bancel emphasized that Moderna is "extremely focused on expanding the

7

platform. We don't think we're done. And there's a team of several hundred scientists whose only job in life is to expand the use of the operating system."

34.    At Moderna's R&D Day on September 13, 2023, Defendant Hoge explained that the key to the Company's platform strategy was to pivot away from relying principally on Spikevax and focus on the Company's forthcoming products, including its RSV vaccine, the new core business: "our core underlying business right now is only COVID. In a couple of years, it will be flu, RSV in combinations." To that end, during the R&D Day, Moderna detailed its strategic plan to execute its vision of being a platform company with new product launches on its mRNA platform, the first of which was an RSV vaccine, mRESVIA.

35.    mRESVIA, or as it was previously known, MRNA-1345, is Moderna's RSV vaccine. mRESVIA was critical to Moderna because it was the Company's first new product since Spikevax and was the leading product candidate of the Company's strategic growth plan beyond Spikevax. Moreover, mRESVIA was intended to lead the Company into its next stage by expanding its product portfolio beyond just Spikevax and validating the Company's thesis of being a platform company.

36.    Analysts agreed that an RSV vaccine represented potentially a multi-billion-dollar opportunity for Moderna. Indeed, a January 17, 2023 analyst report from UBS explained that "RSV could be a meaningful opportunity [for Moderna] with no vaccine yet approved we see a $5B+ opportunity in RSV." A January 18, 2023 analyst report from Morningstar echoed this sentiment and highlighted the significance of Moderna getting a strong product to market noting that "[w]e see the RSV vaccine market as a potential $3 billion opportunity for Moderna." Similarly, an RBC report from March 1, 2023 observed that the RSV market could exceed $10 billion overall, with $3 billion for Moderna.

### C. Moderna's Development of an RSV Vaccine Was Behind the Competition and It Needed to Have the Best Product on the Market to Capture Market Share

37.    While mRESVIA was in development, there were no FDA approved vaccines for RSV. With no vaccine available on the market, a multi-billion-dollar opportunity in the respiratory vaccine space was up for grabs, and the first company to launch its product would stand to capture the total addressable market.

38.    Being first to obtain FDA approval for a product for a given application is the most significant factor for a company to be able to capture market share and generate revenue. Put simply, being first is the greatest indicator of success. It is exceedingly difficult for a pharmaceutical company to successfully capture market share when there is already a similar product for the same application widely available. This is amplified when there are two products already available on the market. However, a company that is not the first to market can still capture significant market share if it can introduce a disruptive product that is superior to the existing products on the market.

39.    Studies of pharmaceutical market dynamics emphasize the importance of the first-mover advantage and the significance of late market entrants differentiating themselves with a superior product. For example, a 2014 McKinsey & Company study titled "Pharma's first-to-market advantage" (the "McKinsey Study"), which was based on 492 drug launches in 131 classes over a 27-year period, found that on average first entrants achieve a 6% greater than fair-market-share advantage over later entrants.[1] The McKinsey Study explained that "the relative disadvantage of later entries (up to the fifth entrant) is also roughly the same, meaning it is not

---

[1] www.mckinsey.com/~/media/mckinsey/industries/life%20sciences/our%20insights/pharmas%20 first%20to%20market%20advantage/pharmas%20first%20to%20market%20advantage.pdf

meaningfully worse to be fifth than second to market." In effect, all else being equal, the first entrant on average achieves 39% market share, the second entrant on average achieves 32% market share, and the third entrant on average achieves just 29% market share. The article concluded by highlighting that being first is important, but it is not everything, provided that a later entrant can offer a superior product. Specifically, the McKinsey Study found that the "first-mover advantage can be formidable in the right circumstances. But it's not insurmountable. Later entrants can maximize their chances by keeping pace with the leader and establishing meaningful differentiation."

40.    A 2025 study from L.E.K. Consulting titled "When Is It Too Late? Drivers of Commercial Performance for Late Entrants in Biopharma" reached the same conclusion as the McKinsey Study and similarly explained that "[d]espite the well-known challenges of entering the market behind a first-in-class agent, there are notable success stories. … Most of the high-performing followers shared a common trait: a clearly superior efficacy and/or safety profile compared to the first entrant, highlighting the critical role of meaningful clinical differentiation in overcoming the disadvantages of later entry."[2]

41.    The well-understood market dynamics were very much an issue with respect to Moderna's development of mRESVIA. While Moderna developed mRESVIA to be its second marketable and revenue generating product to replace Spikevax and generate billions in revenue, Moderna was late to the market and mRESVIA's stage of development lagged behind its competitors' products that were also vying for FDA approval. As such, Moderna knew it would be fighting an uphill battle and that to establish itself as a viable market participant and capture

---

[2]    www.lek.com/insights/hea/us/ei/when-it-too-late-drivers-commercial-performance-late-entrants-biopharma

10

market share, mRESVIA needed to differentiate itself as the most effective RSV vaccine on the market.

42.    Defendants recognized the importance of having the highest vaccine efficacy when entering the market late. While advising investors that "the pharmaceutical market is intensely competitive", Defendants stated in Moderna's 2023 Annual Report:

> We also will face competition from products that have already been approved and accepted by the medical community to treat certain conditions we target. …. Our RSV vaccine, which we expect to launch beginning in 2024, will also face competition from existing RSV vaccines. In markets that we enter after competitors have already introduced a competing product, we may have difficulty achieving market share. Further, we may need to offer more favorable terms to gain market share in an existing market or to compete in a new market, which may negatively impact our profitability.

**D.    Moderna Attempts to Differentiate Itself and Position mRESVIA as the Superior RSV Vaccine**

43.    Throughout 2022, Moderna's pivotal Phase 3 clinical trial to evaluate the efficacy of mRESVIA was enrolling and ongoing. The Phase 3 clinical trial was titled "A Study to Evaluate the Safety and Efficacy of mRNA-1345 Vaccine Targeting Respiratory Syncytial Virus (RSV) in Adults ≥60 Years of Age" and was referred to as the ConquerRSV Phase 3 pivotal efficacy trial (the "ConquerRSV Trial").[3] The ConquerRSV Trial was designed to evaluate the safety and tolerability of mRESVIA and to demonstrate the efficacy in the prevention of RSV as compared with placebo. The ConquerRSV Trial was a randomized, double-blind, placebo-controlled study of approximately 37,000 adults 60 years or older in 22 countries. The primary efficacy endpoints were based on two definitions of RSV defined as either two or more symptoms, or three or more symptoms, of the disease.

---

[3] *See* https://clinicaltrials.gov/study/NCT05127434#study-overview.

44.     By September 2022, it was clear that Moderna was behind its competitors and would not be the first pharmaceutical company to bring an RSV vaccine to market. While Moderna's ConquerRSV Trial was ongoing, Pfizer had already begun the process of obtaining FDA approval for its RSV vaccine, Abrysvo, by submitting a Biologics License Application ("BLA") to the FDA for approval on September 30, 2022.

45.     Moderna would also not be the second pharmaceutical company to bring an RSV vaccine to market because on November 2, 2022, while Moderna's ConquerRSV Trial was still ongoing, GSK announced that the FDA had accepted its BLA for FDA approval of its RSV vaccine, Arexvy.

46.     By November 2022, Pfizer and GSK had already submitted applications for FDA approval of their RSV vaccines, and Moderna's ConquerRSV Trial remained ongoing. Defendants knew that even if the ConquerRSV Trial was successful and mRESVIA was granted FDA approval, Moderna would be entering the marketplace with two established players with effective products, and thus the Company, as the third market entrant, would likely capture less than 33% market share, unless it could differentiate itself. To break into the market and capture a meaningful portion of market share, Moderna needed data that demonstrated that mRESVIA was superior to Arexvy and Abrysvo. As such, Defendants were highly motivated to report results of its ConquerRSV Trial that showed a vaccine efficacy rate that was superior to the products that were under review by the FDA and likely to receive FDA approval in coming months.

47.     On January 17, 2023, Moderna reported positive topline data from the ConquerRSV Trial. Specifically, the Company stated in a press release that mRESVIA showed a "vaccine efficacy of 83.7%" against RSV with two symptoms and that "[b]ased on these results, Moderna intends to submit for regulatory approval in the first half of 2023."

12

48.     Analysts responded favorably to the results of the ConquerRSV Trial and noted that the topline results positioned Moderna on track to compete with GSK and Pfizer. For example, a January 17, 2023 analyst report from Cowen & Co. stated that, "[t]he 84% vaccine efficacy reported with MRNA-1345 appears superior to PFE's data, and nearly identical to GSK as mgmt had hoped." Likewise, a January 22, 2023 analyst report from Barclays stated that: "Most investors considered the RSV data good, showing competitive profile and comparable to GSK with some potential to be even better with more mature data. … With the RSV data, more investors believed that MRNA now has a validated vaccine platform for broader indications." As such, based on the 83.7% vaccine efficacy rate that Moderna reported, investors and analysts believed that notwithstanding its late arrival to the marketplace, mRESVIA had differentiated itself as more effective than earlier market entrants and Moderna would be able to successfully capture market share and generate significant revenues from mRESVIA.

49.     On May 3, 2023 (four months before Moderna submitted a BLA for FDA approval of mRESVIA), the FDA approved GSK's RSV vaccine, Arexvy. This was the first RSV vaccine to receive FDA approval. The FDA reported that consistent with the data submitted by GSK, "the vaccine significantly reduced the risk of developing RSV-associated LRTD by 82.6%."[4]

50.     On May 31, 2023, the FDA approved Pfizer's RSV vaccine, Abrysvo. This marked the second RSV vaccine to receive FDA approval.

51.     By the end of May 2023, there were two FDA-approved RSV vaccines on the market. The vaccine efficacy rate of the market leader, Arexvy, was 82.6% against RSV with two

---

[4] www.fda.gov/news-events/press-announcements/fda-approves-first-respiratory-syncytial-virus-rsv-vaccine

13

symptoms. As the third entrant, to differentiate itself and generate significant revenues, Moderna needed mRESVIA to be approved with a vaccine efficacy rate greater than 82.6%.

### E.      Moderna Files for FDA Approval of mRESVIA

52.     On July 5, 2023, Moderna initiated the rolling submission process for a BLA to the FDA for the licensure of mRESVIA. Moderna's submission to the FDA requesting approval of mRESVIA was principally based on the data and results obtained from the ConquerRSV Trial.

53.     On September 12, 2023, Moderna submitted the completed BLA to the FDA seeking approval for mRESVIA. The Company's submission to the FDA used a data cutoff date of November 30, 2022.

### F.      Defendants Knew Updated Datasets Showed Lower mRESVIA Vaccine Efficacy Than What They Reported to the Market

54.     In the BLA, Moderna was required to provide all clinical study data for mRESVIA, from preclinical data to Phase 3 trial data for review. *See* Form 356h Title 21, Code of Federal Regulations, Parts 314 & 601.

55.     When there are issues with the data submitted in a BLA, the FDA will require the developer to address questions based on the existing data or perform additional studies. At this point, the developer can decide whether or not to continue further development or follow the mechanisms for an appeal.

56.      On January 25, 2024, the FDA formally advised Defendants that the FDA disputed the data supporting an 83.7% vaccine efficacy rate and requested that the Company submit corrected data for the ConquerRSV Trial.

57.     According to the BLA Clinical Review Memo dated May 29, 2024 (the "May 29, 2024 BLA Review Memo"), which summarized formal communications between the FDA and the Company, which were not publicly available during the Class Period, "[o]n January 25, 2024, due

14

to inconsistencies in the datasets submitted for [the ConquerRSV Trial], FDA requested that [Moderna] complete all data cleaning activities up to the June 24, 2023 data cutoff and submit updated datasets for FDA review."

58.    The FDA's January 25, 2024 request for Defendants to submit corrected data for the ConquerRSV Trial informed Defendants that the ConquerRSV Trial data was inconsistent with the reported 83.7% RSV vaccine efficacy.

59.    On February 13, 2024, Defendants extracted and corrected the dataset for the ConquerRSV Trial with the November 30, 2022 data cut off with showed a 78.7% vaccine efficacy.  *See* May 31, 2024 Summary Basis for Regulatory Action— mRESVIA (citing source data for 78.7% vaccine efficacy), posted on the FDA's website.

60.    Defendant Hoge later confirmed on June 10, 2024 that Moderna agreed with the FDA that the data should be corrected, and that the Company submitted updated datasets to the FDA on February 26, 2024. He explained that "during the process of the review with the FDA, they asked us to include a set of … about 20 cases that were not confirmed at the time of the primary analysis" and were not initially included in the data submitted to the FDA. Defendant Hoge conceded that presumably after dialogue with the FDA, "we ultimately agreed" with the FDA that these "about 20 new cases" of RSV should be included in the efficacy data, and thus counted against the vaccine efficacy rate.

61.    According to the May 29, 2024 BLA Review Memo, Moderna submitted the updated datasets to the FDA on February 26, 2024, "which met the study case definition":

> [Moderna] initially submitted preliminary results from their interim analysis of [the ConquerRSV Trial], citing VEs of 83.7% (95.88% CI: 66.0, 92.2) and 82.4% (96.36% CI: 34.8, 95.3) for prevention of LRTD with ≥2 symptoms and LRTD with ≥3 symptoms, respectively. ***Due to inconsistencies noted in the original datasets submitted to the BLA***, FDA requested that the Applicant [Moderna] complete all data cleaning activities up to the June 24, 2023 data cutoff and submit updated

15

datasets. ***The updated datasets, submitted to the BLA on February 26, 2024, identified additional RSV cases with onset prior to data cutoff which met the study case definition***. (emphasis added.)

62.    Moderna's updated datasets, reduced mRESVIA's vaccine efficacy to 78.7% for RSV with two symptoms because the corrected datasets included more positive RSV cases incurred during the relevant study period for the ConquerRSV Trial than what Moderna previously used to calculate the vaccine efficacy rate.

63.    By at least February 13, 2024, the date of Moderna's updated datasets, Defendants knew that the vaccine efficacy of mRESVIA was lower than 83.7% — rather it was 78.7%.

64.    Defendant Hoge's admission on June 10, 2024 that "we", *i.e.,* he and Defendants, "ultimately agreed" with the FDA to include the additional RSV cases from the ConquerRSV Trial, which when accounted for reduced the vaccine efficacy from 83.7% to 78.7%, further establishes that by February 13, 2024 (the date that Defendants "ultimately agreed" with the FDA), Defendants knew that mRESVIA's vaccine efficacy was not 83.7%.

65.    The difference between reporting a vaccine efficacy of 83.7% versus the corrected 78.7% severely limited Moderna's ability to generate meaningful revenue from mRESVIA. As the third entrant into the RSV vaccination market, Moderna needed a product that could differentiate itself from earlier market entrants – Pfizer and GSK – to compete effectively. Reporting 83.7% efficacy made the vaccine appear superior to GSK's Arexvy, positioning it as a top choice. At 78.7%, mRESVIA offered no clear competitive advantage.

**G.    Moderna Misrepresents mRESVIA's Vaccine Efficacy**

66.    On February 15, 2024, Moderna published a presentation on its website that misrepresented mRESVIA's vaccine efficacy rate as 83.7%.

67.    On February 22, 2024, Defendants held an earnings call with investors and misrepresented that the vaccine efficacy for mRESVIA was 83.7% despite Defendants' knowledge

16

that based on the datasets Moderna revised by February 13, 2024 and provided to the FDA on February 26, 2024, the vaccine efficacy of mRESVIA for two symptoms of RSV was 78.7%.

68.    On February 23, 2024, Moderna filed its 2023 annual report to shareholders for the year 2023 with the SEC. This annual report misrepresented that the vaccine efficacy for mRESVIA was 83.7% when Defendants knew that this figure was inaccurate and inconsistent with the corrected dataset.

69.    On February 29, 2024, Moderna made a public presentation to the Advisory Committee on Immunization Practices (ACIP) that was reported on by investment analysts, representing that mRESVIA's vaccine efficacy for "RSV LRTD $\geq$ 2 symptoms …[was] 83.7%", despite Defendants' knowledge that based on the updated datasets the vaccine efficacy of mRESVIA for two symptoms of RSV was 78.7%.

70.    Moderna continued to condition the market to believe that mRESVIA had the highest vaccine efficacy and would capture market share by filing another version of its 2023 Annual report with the SEC on March 15, 2023, again reporting the overstated vaccine efficacy rate for mRESVIA.

71.    On March 27, 2024, Moderna hosted its annual vaccine day for investors, analysts, and members of the healthcare community. During the Company's presentation, a representative for Moderna presented slides to investors that again represented the false mRESVIA vaccine efficacy of 83.7% and omitted that the Company, at the request of the FDA, had provided corrected data showing the vaccine efficacy for mRESVIA was 78.7%, not 83.7%.

72.    On May 2, 2024, Moderna hosted a conference call for analysts and investors and published its financial results for the first quarter of 2024. During this conference call, Moderna presented slides to investors that again represented that mRESVIA had a vaccine efficacy of 83.7%

17

despite the fact that months earlier the Company had provided data to the FDA identifying additional positive RSV cases prior to the data cutoff date that lowered the efficacy rate.

73.     Investors and analysts reasonably believed Defendants' representations about mRESVIA's vaccine efficacy rate. Further, investors and analysts reasonably believed that with a vaccine efficacy of 83.7%, mRESVIA had differentiated itself from the earlier market entrants and was well positioned to capture market share and generate significant revenues for Moderna.

## H.     Moderna Disclosed That mRESVIA Has a Lower Vaccine Efficacy Causing Moderna's Stock Price to Drop

74.     On May 31, 2024, Moderna issued a press release "announc[ing] that the [FDA] has approved mRESVIA (mRNA-1345) . . . to protect adults aged 60 years and older from lower respiratory tract disease caused by RSV infection." The Company's press release indicated a vaccine efficacy of only 78.7%, lower than the 83.7% vaccine efficacy rate that Defendants had consistently represented to investors, and importantly, lower than GSK's Arexvy's market-leading 82.6% efficacy rate.

75.     On the news of the lower vaccine efficacy, Moderna's stock price fell $8.94 per share, or 5.9%, to close at $142.55 per share on May 31, 2024.

76.     A May 31, 2024 Seeking Alpha article titled "Moderna falls as efficacy concerns overshadow new RSV shot (update)" explained that this reduced efficacy rate was surprising and negative news for investors: "Even as …[Moderna] won regulatory nod to market its second FDA-approved product, its shares traded lower amid concerns over a potentially lower-than-expected efficacy indicated in mRESVIA's label." The article continued: "In July 2023, Moderna (MRNA) started an FDA process for real-time review of mRNA-1345 backed by late-stage data, which indicated a vaccine efficacy of 83.7%. However, its FDA approval on Friday indicated a vaccine efficacy of 78.7% based on the same criteria."

18

**I.     Post-Class Period Facts Confirm the Importance of Having the Highest Vaccine Effectiveness**

77.     Moderna was ultimately unable to capture meaningful market share in the RSV vaccine market. According to GSK's Chief Commercial Officer Luke Miels, "Arexvy dominated the RSV space in 2024, holding onto about 58% of market share for the year."[5]

78.     Moderna was unable to generate significant revenues from its sales of mRESVIA comparable to the revenues GSK and Pfizer were able to generate from their RSV vaccines. Specifically, for the full year 2024, Moderna's revenue from mRESVIA was only $25 million, while Pfizer and GSK reported revenues of $755 million and $732 million, from Arexvy and Abrysvo respectively. And, in the first quarter of 2025, Moderna reported that mRESVIA generated just $2 million in revenue, while GSK reported approximately $104 million from Arexvy, and Pfizer reported $131 million from Abrysvo, for the same period.

**V.     DEFENDANTS' MISLEADING STATEMENTS AND MATERIAL OMISSIONS**

**A. February 15, 2024 Presentation at the 8th ReSViNET Conference**

79.     On February 15, 2024, Moderna published a presentation on its website that representatives of the Company gave at the 8th ReSViNET Conference, titled "Efficacy and Safety of mRNA-1345, an RSV Vaccine, in Older Adults: Results through ≥6 Months of Follow-up and Evaluation of Correlate of Protection Against RSV" (the "ReSViNET Presentation").

80.     The ReSViNET Presentation presented Slide 10 showing an 83.7% vaccine efficacy rate for mRESVIA:

---

[5]     www.pharmavoice.com/news/vaccine-makers-earnings-report-flu-rsv-moderna-pfizer-sanofi/740290/

**Primary Analysis: Vaccine Efficacy for Primary and Key Secondary Endpoints Met Success Criterion (>20% Lower Bound of CI )**
*Study 301 Per Protocol Analysis, 14 Days – 12 Months After Vaccine/Placebo*

| | Cases, n (%) | | |
| --- | --- | --- | --- |
| | RSV Vaccine (mRNA-1345) (N = 17,572) | Placebo (N = 17,516) | Vaccine Efficacy (%) Based on Hazard Ratios[a] |
| RSV LRTD ≥2 symptoms | 9 (0.05%) | 55 (0.31%) | 83.7% (66.0%, 92.2%) |
| RSV LRTD ≥3 symptoms | 3 (0.02%) | 17 (0.10%) | 82.4% (34.8%, 95.3%) |
| RSV-ARD | 26 (0.15%) | 82 (0.47%) | 68.4% (50.9%, 79.7%) |

ARD, acute respiratory disease; LRTD, lower respiratory disease; RSV, respiratory syncytial virus.
Data cutoff for primary analysis was 30 November 2022
[a]Alpha adjusted CI: 95.88% for RSV LRTD ≥ 2 symptoms, 96.36% for RSV LRTD ≥ 3 symptoms, 95.0% for RSV ARD
Wilson et al. NEJM, 2023
Efficacy and Safety of mRNA-1345, an RSV Vaccine, in Older Adults: Results through 26 Months of Follow-up and Evaluation of Correlate of Protection Against RSV.
Presented at RSVVW 2024, Mumbai, India.
© 2024 Moderna, Inc. Confidential. All rights reserved.

moderna

81.    The representations of mRESVIA's vaccine efficacy cited in paragraph 80 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the FDA. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May 31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the

20

vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

**B.  February 22, 2024 4Q 2023 Earnings Call**

82.     On February 22, 2024, Moderna conducted an earnings call with investors that was attended by the Individual Defendants (the "2023 Earnings Call").

83.     The 2023 Earnings Call presented Slide 17 showing an 83.7% vaccine efficacy rate for mRESVIA:

### RSV vaccine efficacy met primary and key secondary endpoints in primary analysis

Study 301 per protocol analysis, median follow up of 3.7 months (14 days – 12 months range) after vaccine/placebo

| | Cases, n (%) | | Vaccine Efficacy (%) Based on Hazard Ratios[1] |
| | (mRNA-1345) (N = 17,572) | Placebo (N = 17,516) | |
|---|---|---|---|
| RSV LRTD ≥ 2 symptoms | 9 (0.05%) | 55 (0.31%) | 83.7% (66.0%, 92.2%) |
| RSV LRTD ≥ 3 symptoms | 3 (0.02%) | 17 (0.10%) | 82.4% (34.8%, 95.3%) |
| RSV ARD | 26 (0.15%) | 82 (0.47%) | 68.4% (50.9%, 79.7%) |

The results of the Primary Efficacy and Safety Analysis of this Phase 2/3 efficacy study were recently published in the NEJM

1. Alpha adjusted CI: 95.88% for RSV LRTD ≥ 2 symptoms, 96.36% for RSV LRTD ≥ 3 symptoms, 95.0% for RSV ARD
Wilson et al. NEJM, 2023

© 2024 Moderna, Inc. All rights reserved.

moderna

84.     During the 2023 Earnings Call, Defendant Hoge stated:

On Slide 17, I want to briefly review the primary analysis for our RSV vaccine, which was first shared in January of 2023. The study met its primary and key secondary endpoints, leading the DSMB to recommend unblinding. *Vaccine efficacy was 83.7%* against RSV with 2 or more symptoms of lower respiratory

tract disease at a median follow-up of 3.7 months with a wide range of 2 weeks to 12 months of total follow-up. (emphasis added)

85.    The representations of mRESVIA's vaccine efficacy cited in paragraphs 83-84 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the FDA. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May 31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

**C. February 23, 2024 Annual Report to Shareholders**

86.     On February 23, 2024, Moderna filed its Annual Report to Shareholders with the SEC on Form 10-K (the "2023 Annual Report"). The 2023 Annual Report was signed by Defendants Bancel and Mock.

87.     The 2023 Annual Report stated that:

The regulatory applications [for mRESVIA] are based on positive data from the pivotal ConquerRSV study, a randomized, double-blind, placebo-controlled study of approximately 37,000 adults, 60 years or older. ***The trial met both its primary efficacy endpoints, with a vaccine efficacy (VE) of 83.7% (95.88% CI: 66.1%, 92.2%; p<0.0001) against RSV-LRTD as defined by two or more symptoms ….***

\*\*\*

In January 2023, we announced positive data from the interim analysis of our pivotal ConquerRSV study of our vaccine candidate against respiratory syncytial virus (RSV) (mRNA-1345). ***In the study, mRNA-1345 met primary efficacy endpoints, demonstrating vaccine efficacy of 83.7% against RSV lower respiratory tract disease in older adults***. (emphasis added)

88.     The representations of mRESVIA's vaccine efficacy cited in paragraph 87 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the

23

FDA. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May 31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

### D. February 29, 2024 ACIP Presentation

89.    On February 29, 2024, Rituparna Das, MD, PhD, Vice President, Clinical Development Therapeutic Area Head, Respiratory Vaccines, on behalf of Moderna, gave a presentation titled "Overview of Moderna's Investigational RSV Vaccine (mRNA-1345) in Adults $\geq 60$ Years of Age" on behalf of Moderna (the "February 29, 2024 Presentation") to the Advisory Committee on Immunization Practices (ACIP), which was made available on the CDC's website and followed by analysts and investors.

90.    The February 29, 2024 Presentation included slides providing information about the efficacy of mRESVIA. The slides stated that: "RSV LRTD $\geq 2$ symptoms … Vaccine Efficacy (%) based on Hazard Ratios 83.7%"

24



## Efficacy of mRNA-1345 Against RSV LRTD and RSV ARD [NE-22]
### among Adults ≥ 60 Years
**Study 301 - Per Protocol Analysis**

| Primary Analysis | Cases, n (%) | | Vaccine Efficacy (%) Based on Hazard Ratios[1] |
|---|---|---|---|
| | RSV Vaccine (mRNA-1345) (N = 17,572) | Placebo (N = 17,516) | |
| RSV LRTD ≥ 2 symptoms | 9 (0.05%) | 55 (0.31%) | 83.7% (66.0%, 92.2%) |
| RSV LRTD ≥ 3 symptoms | 3 (0.02%) | 17 (0.10%) | 82.4% (34.8%, 95.3%) |
| RSV ARD | 26 (0.15%) | 82 (0.47%) | 68.4% (50.9%, 79.7%) |

- Vaccine efficacy for primary and key secondary endpoints (median 3.7 months) met lower bound of CI criterion (>20%)
- Regulatory criteria for licensure met

1. Alpha adjusted CI: 95.88% for RSV LRTD ≥ 2 symptoms, 96.36% for RSV LRTD ≥ 3 symptoms, 95.0% for RSV ARD
Wilson et al. *NEJM*, 2023

## Vaccine Efficacy Against RSV-A and RSV-B by Endpoint [NE-23]
**Study 301 - Per-Protocol Efficacy Set**

| Primary Analysis | | Numbers of Events | | Vaccine Efficacy (CI) |
|---|---|---|---|---|
| | | RSV Vaccine (mRNA-1345) (N = 17,572) | Placebo (N = 17,516) | |
| RSV LRTD ≥ 2 Symptoms | Overall | 9 | 55 | 83.7% (66.0, 92.2) |
| | RSV-A | 3 | 36 | 91.7% (73.0, 97.4) |
| | RSV-B | 6 | 19 | 68.5% (21.1, 87.4) |
| RSV LRTD ≥ 3 Symptoms | Overall | 3 | 17 | 82.4% (34.8, 95.3) |
| | RSV-A | 1 | 10 | 90.0% (22.0, 98.7) |
| | RSV-B | 2 | 7 | 71.5% (-37.0, 94.1) |
| RSV-ARD | Overall | 26 | 82 | 68.4% (50.9, 79.7) |
| | RSV-A | 11 | 51 | 78.5% (58.8, 88.8) |
| | RSV-B | 15 | 31 | 51.7% (10.6, 73.9) |

Vaccine Efficacy, % (Adjusted CIs): -40, -20, 0, 20, 40, 60, 80, 100

- Efficacy was observed for both RSV-A and RSV-B
- Fewer cases of LRTD ≥ 3 symptoms resulted in larger confidence intervals for both subtypes

Wilson et al. *NEJM*, 2023

91.   The representations of mRESVIA's vaccine efficacy cited in paragraph 90 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy

for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the FDA. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May 31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

### E. March 15, 2024 Annual Report to Shareholders

92.     On March 15, 2024, Moderna refiled its 2023 Annual Report with a cover letter from Defendant Bancel with the SEC. The 2023 Annual Report was signed by Defendants Bancel and Mock.

93.     The 2023 Annual Report stated that:

The regulatory applications [for mRESVIA] are based on positive data from the pivotal ConquerRSV study, a randomized, double-blind, placebo-controlled study of approximately 37,000 adults, 60 years or older. ***The trial met both its primary efficacy endpoints, with a vaccine efficacy (VE) of 83.7% (95.88% CI: 66.1%, 92.2%; p<0.0001) against RSV-LRTD as defined by two or more symptoms ….***

\*\*\*

26

In January 2023, we announced positive data from the interim analysis of our pivotal ConquerRSV study of our vaccine candidate against respiratory syncytial virus (RSV) (mRNA-1345). ***In the study, mRNA-1345 met primary efficacy endpoints, demonstrating vaccine efficacy of 83.7% against RSV lower respiratory tract disease in older adults***. (emphasis added)

94.    The representations of mRESVIA's vaccine efficacy cited in paragraph 93 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the FDA.. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May 31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

**F.  March 27, 2024 Annual Vaccines Day Presentation to Investors**

95.     On March 27, 2024, Moderna hosted its annual Vaccines Day investor event, during which Christy Shaw, Vice President and Portfolio Head Respiratory Vaccines for Moderna gave a presentation to investors and analysts on mRESVIA (the "Vaccines Day" presentation).

96.     During the Vaccines Day presentation, Shaw stated that:

At the time of this primary analysis, we had a median follow-up of 3.7 months and a maximum of 12.6 months. We have 2 primary endpoints in the first 2 lines of this visual on the left -- respiratory -- prevention of RSV lower respiratory tract disease with 2 or more symptoms is the first one. And with 3 or more symptoms is the second. ***And the efficacy values reported are 83.7%*** and 82.4%, respectively, against those 2. (emphasis added).

97.     The March 27, 2024 Vaccines Day presentation included slides providing information about the efficacy of mRESVIA. For example, the slides stated that: "RSV LRTD ≥ 2 symptoms … Vaccine Efficacy (%) based on Hazard Ratios 83.7%":



28



98.    The representations of mRESVIA's vaccine efficacy cited in paragraphs 96-97 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional

29

RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the FDA. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May 31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

### G. May 2, 2024 Moderna Publishes Financial Results for the First Quarter of 2024 with the SEC on Form 10-Q, and Hosts an Earnings Call for Investors and Analysts

99.    On May 2, 2024 Moderna filed its quarterly report for the first quarter of 2024 on Form 10-Q with the SEC, which was signed by Defendants Bancel and Mock, and which reported the Company's financial and operating results for the quarter ending March 31, 2024. The same day, Defendants hosted an earnings call with investors and analysts (the "1Q24 Earnings Call").

100.    During the 1Q24 Earnings Call, Moderna presented slides to investors which again represented that mRESVIA's vaccine efficacy was 83.7%:



101.    The representations of mRESVIA's vaccine efficacy cited in paragraph 100 above contained misleading statements and omissions at the time they were made because Defendants falsely stated the material fact that vaccine efficacy for mRESVIA against RSV was 83.7%, when Defendants knew, recklessly disregarded, and omitted the material facts that the vaccine efficacy for mRESVIA was 78.7%, now a lower efficacy than the leading RSV vaccine, and that the FDA rejected the 83.7% vaccine efficacy rate and rejected the data supporting the 83.7% rate. As further detailed in Section IV (F) of this Complaint, by at least January 25, 2024, the FDA had notified Moderna that it rejected the data purportedly supporting the higher 83.7% efficacy rate because Moderna failed to include positive RSV cases that were part of the study. Then, on February 13, 2024, Moderna created a corrected dataset, which included 20 additional RSV cases and dropped vaccine efficacy to 78.7%. On February 26, 2024, Defendants forwarded the corrected dataset including 20 additional RSV cases, which also showed a vaccine efficacy rate of 78.7% to the FDA. Moderna later admitted that mRESVIA in fact had a 78.7% vaccine efficacy rate on May

31

31, 2024. Additionally, on June 10, 2024, Defendant Hoge confirmed that Defendants knew the vaccine efficacy was lower than represented to investors during the Class Period because Defendants agreed with the FDA to correct the data and provided an updated dataset including more RSV cases on February 26, 2024, which reduced the vaccine efficacy rate to 78.7%. The correct and reduced 78.7% vaccine efficacy rate for mRESVIA hindered acquisition of market share as a late entrant without the highest efficacy rate.

## VI.    THE TRUTH IS REVEALED

102.    On May 31, 2024, Moderna issued a press release "announc[ing] that the [FDA] has approved mRESVIA (mRNA-1345) . . . to protect adults aged 60 years and older from lower respiratory tract disease caused by RSV infection." The Company's press release stated a vaccine efficacy of only 78.7%, lower than the 83.7% vaccine efficacy rate that Moderna had consistently represented to investors.

103.    On this news, Moderna's stock price fell $8.94 per share, or 5.9%, to close at $142.55 per share on May 31, 2024.

## VII.    ADDITIONAL ALLEGATIONS OF SCIENTER

104.    Defendants acted with scienter in that they knew and disregarded, that the public documents and statements they issued and disseminated to the investing public in the name of the Company or in their own name during the Class Period were materially false and misleading.

### A. The Fraud Infected Moderna's Core Operations, which Defendants Closely Monitored

105.    Prior to and throughout the Class Period, Moderna's only commercially available product was Spikevax.

32

106.    With revenues from Spikevax drastically and rapidly reducing year-over-year, and with mRESVIA as the Company's most clinically advanced product candidate, mRESVIA was Moderna's leading candidate to become commercially viable.

107.    Defendants paid close attention to Moderna's progress with mRESVIA during the Class Period, which Defendants presented in Moderna's earnings reports filed with the SEC, discussed in earnings conference calls, and highlighted in public presentations.

108.    In the 2023 Annual Report, Defendants advised investors that they were monitoring mRESVIA's approval process: "We have submitted marketing authorization applications in several major markets for the prevention of RSV-associated lower respiratory tract disease (RSV-LRTD) and acute respiratory disease (ARD) in adults 60 years or older. We expect regulatory approvals beginning in the first half of 2024."

109.    Even prior to the Class Period, Defendants highlighted the importance of mRESVIA to the Company. For example, at Moderna's R&D Day on September 13, 2023, Defendant Hoge explained that the Company had to pivot away from relying principally on Spikevax and focus on the Company's forthcoming products, including its RSV vaccine, Moderna's new core business: "[O]ur core underlying business right now is only COVID. In a couple of years, it will be flu, RSV in combinations."

110.    FDA approval of mRESVIA and Moderna's ability to position mRESVIA as the superior RSV vaccine were critical to Moderna's financial success. Indeed, mRESVIA represented an opportunity for billions of dollars in revenues for Moderna.

**B. Defendants Were Motivated to Conceal the Actual Vaccine Efficacy of mRESVIA**

111.    During the Class Period, Defendants had both the motive and opportunity to commit fraud. They also had actual knowledge of the misleading nature of the statements they

33

made, and disregarded the true information known to them at the time. In so doing, Defendants participated in a scheme to defraud and committed acts, practices, and participated in a course of business that operated as a fraud or deceit on purchasers of the Company's securities during the Class Period.

112. Defendants were highly motivated to conceal that mRESVIA's vaccine efficacy was less than what Defendants previously reported. Defendants knew that because mRESVIA was not the first RSV vaccine commercially available, in order for mRESVIA to be a success, Moderna needed to differentiate itself with a vaccine efficacy that was superior to the already commercially available products.

113. Defendants were motivated to conceal the fact that mRESVIA's vaccine efficacy was 78.7% and repeatedly represented that its vaccine efficacy was 83.7% because Arexvy, the earlier FDA-approved RSV vaccine, had a vaccine efficacy of 82.6%. As such, representing that mRESVIA has a vaccine efficacy of 83.7% positioned the product as the superior RSV vaccine, whereas, disclosing that the vaccine efficacy was 78.7%, would have positioned the product as inferior to the existing product on the market. Because Arexvy already had a strong foothold in the market, introducing an inferior product to compete with it, would not disrupt the status quo and mRESVIA would not succeed in generating significant revenues for the Company.

114. Defendants were motivated represent mRESVIA had a vaccine efficacy that was top of market because mRESVIA, as Moderna's second product, needed to succeed and generate significant revenues to compensate for the drastically and rapidly reducing revenues from Spikevax that the Company could no longer rely on.

115. Defendants were motivated to represent mRESVIA had a vaccine efficacy that was top of market because mRESVIA was Moderna's second commercially available product and the

34

first product that was part of the Company's strategic growth plan to gain FDA approval. As a mRNA vaccine, the commercial success of mRESVIA would validate the Company's thesis that Moderna was a mRNA platform company with a viable business model capable of disrupting existing marketplaces by introducing superior products with mRNA.

116.    Moderna was motivated to represent that mRESVIA had a vaccine efficacy that was top of the market because mRESVIA was Moderna's second commercially available product and its commercial success (and the success of Moderna's strategic growth plan) depended in large part on convincing the medical community and the public that mRNA medicines were effective. Moderna stressed the impact of its products' efficacy on public perception in its 2023 Annual Report, stating that "the potential efficacy and advantages over alternative treatments" was one of the factors affecting market acceptance of the Company's products. *See* 2023 Annual Report at p. 48-49.

117.    Defendants were motivated to represent mRESVIA had a vaccine efficacy that was top of market because revealing that the vaccine efficacy of mRESVIA was 78.7%, and thus was less effective than the earlier market entrants, before FDA approval would depress buyer interest, trigger competitor contracting, and weaken Moderna's bargaining position with potential buyers. Moderna could not successfully engage a potential buyer who, for example, had purchased their RSV vaccine supply from GSK in 2023 and who was evaluating options for their 2024 purchase. Moderna would lose leverage in beginning the sales process if the vaccine efficacy for mRESVIA was below that of the product that the buyer has already been purchasing. Indeed, revealing that the vaccine efficacy of mRESVIA was less than that of Arexvy in February 2024, would likely trigger potential buyers to execute contracts with GSK for Arexvy instead of waiting for mRESVIA's FDA approval.

118.    A 2024 study published by Jennfier Kao, Assistant Professor, UCLA Anderson School of Management titled "Information Disclosure and Competitive Dynamics: Evidence from the Pharmaceutical Industry" (the "UCLA Study") explained Defendants' motive to conceal the lower vaccine efficacy rate. "[S]everal sources of evidence that together support the view that in response to competitor drug approvals, firms' disclosure decisions are motivated at least in part by strategic factors", *i.e.*, withholding disclosure of negative news so that potential buyers do not execute contracts with competitors.[6]

119.    mRESVIA could not compete with its lower vaccine efficacy rate. Moderna generated just $25 million in revenue from mRESVIA in the second half of 2024, while GSK generated approximately $450 million in revenue from Arexvy during the same period, a staggering 18 times more revenue.

## VIII.  LOSS CAUSATION

120.    Defendants' misleading statements and omissions alleged in Section V of this Complaint proximately caused the Class economic losses.

121.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Moderna's securities, by publicly issuing false and misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not misleading.

122.    Defendants' misleading statements and omissions concealed from the market that mRESVIA had a lower 78.7% vaccine efficacy rate and that the FDA did not accept Moderna's claim of a higher 83.7% vaccine efficacy rate.

---

[6] https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4081398

123.    As a result of purchases of Moderna securities during the Class Period, Plaintiff and the other Class members suffered economic loss, *i.e.,* damages, under the securities laws when Moderna revealed the Class Period misstatements and omission were false and misleading.

124.    On May 31, 2024, Moderna issued a press release "announc[ing] that the [FDA] has approved mRESVIA (mRNA-1345) . . . to protect adults aged 60 years and older from lower respiratory tract disease caused by RSV infection." However, the Company's press release stated the vaccine efficacy approved by the FDA was only 78.7%, significantly lower than the 83.7% vaccine efficacy rate that Defendants had previously identified in their Class Period statements to investors. This reduction in vaccine effectiveness was the only negative news for Moderna in a release that otherwise touted the success of mRESVIA gaining FDA approval. On this news, Moderna's common stock price fell $8.94 per share, or 5.9%, to close at $142.55 per share on May 31, 2024.

125.    The timing and magnitude of the price decline in Moderna common stock negates any inference that the loss suffered by Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' statements. The economic loss, *i.e.*, damages, suffered by Plaintiff and the other Class members was a direct result of Defendants' misstatements and omissions and the subsequent significant decline in the value of Moderna securities when Defendants' misrepresentations were revealed.

## IX.    CLASS ACTION ALLEGATIONS

126.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the Company's securities during the Class Period; and were damaged upon the revelation of the corrective disclosure. Excluded from the Class are Defendants herein, the officers and

directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

127.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Moderna common stock was actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Moderna or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

128.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

129.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

130.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are: whether the federal securities laws were violated by Defendants' acts as alleged herein; whether the Individual Defendants caused Moderna to issue false and/or misleading statements during the Class Period; whether Defendants acted knowingly or recklessly in issuing false and/or misleading statements; whether the prices of

Moderna securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

131.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## X.   APPLICABILITY OF PRESUMPTION OF RELIANCE

132.   The market for Moderna's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Moderna's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased the Company's securities relying upon the integrity of the market price and market information relating to Moderna and have been damaged thereby.

133.   During the Class Period, the artificial inflation of Moderna's securities was caused by the material misrepresentations and/or omissions particularized in this Complaint, causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about the efficacy of its RSV vaccine. These material misstatements and/or omissions created an unrealistically positive assessment of Moderna and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when the truth was disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted

39

in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

134.   At all relevant times, the market for Moderna's securities was an efficient market for the following reasons, among others: (a) Moderna shares met the requirements for listing, and were listed and actively traded on the NASDAQ, a highly efficient and automated market; (b) As a regulated issuer, Moderna filed periodic public reports with the SEC and/or the NASDAQ; (c) Moderna regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or (d) Moderna was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. These reports entered the public marketplace.

135.   As a result of the foregoing, the market for Moderna's securities promptly digested current information regarding Moderna from all publicly available sources and reflected such information in the price of Moderna's securities. Under these circumstances, all purchasers of Moderna securities during the Class Period suffered similar injury through their purchase of Moderna securities at artificially inflated prices and a presumption of reliance applies.

136.   A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations – information that Defendants were

40

obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

**FIRST CAUSE OF ACTION**

**VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND RULE 10B-5 PROMULGATED THEREUNDER**

**(AGAINST THE COMPANY AND INDIVIDUAL DEFENDANTS)**

137.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein and further alleges as follows:

138.    This Count is asserted pursuant to Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC, on behalf of Plaintiff and members of the Class against the Company and the Individual Defendants.

139.    During the Class Period, the Company and the Individual Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (a) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (b) cause Plaintiff and other members of the Class to purchase Moderna's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each Individual Defendant, took the actions set forth herein. The Company and the Individual Defendants (a) employed devices, schemes, and artifices to defraud; (b) made materially misleading statements and omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Moderna's securities in violation of Section 10(b) of

41

the Exchange Act and Rule 10b-5 promulgated thereunder. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

140.    The Company and Individual Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Moderna's product, mRESVIA as specified herein.

141.    During the Class Period, the Company and the Individual Defendants made the materially misleading statements specified above, which they knew to be misleading when made in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

142.    The Company and the Individual Defendants had actual knowledge of the misrepresentations and omissions of material fact set forth herein, and disregarded the true facts that were available to them. The Company and the Individual Defendants engaged in this misconduct to conceal Moderna's true condition from the investing public and to support the artificially inflated prices of the Company's publicly traded securities.

143.    As a result of the dissemination of the materially misleading information and/or failure to disclose material facts, as set forth above, the market prices of Moderna's publicly traded securities were artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, and/or upon the integrity of the market in which the securities trade, and/or in the absence of material adverse information that was known

42

by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class purchased Moderna's securities during the Class Period at artificially high prices and were damaged.

144.    Plaintiff and the Class would not have purchased the Company's publicly traded securities at the prices they paid, or at all, had they been aware that the market prices for Moderna's publicly traded securities had been artificially inflated by the Company and the Individual Defendants' fraudulent course of conduct.

145.    As a direct and proximate result of the Company's and the Individual Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

146.    By virtue of the foregoing, the Company and the Individual Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

## SECOND CAUSE OF ACTION

### VIOLATIONS OF SECTION 20(a) OF THE EXCHANGE ACT
### (AGAINST THE INDIVIDUAL DEFENDANTS)

147.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein and further alleges as follows:

148.    This Count is asserted pursuant to Section 20(a) of the Exchange Act against the Individual Defendants on behalf of Plaintiff and members of the Class.

149.    As alleged above, Moderna is liable to Plaintiff and members of the Class based on the materially misleading statements and omissions as set forth above, pursuant to Section 10(b) of the Exchange Act.

43

150.    Throughout the Class Period, the Individual Defendants were controlling persons of Moderna within the meaning of Section 20(a) of the Exchange Act as alleged herein, and culpable participants in the fraud alleged herein.

151.    By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the Company's products, and operations, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff's contend are materially misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's financial statements, reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

152.    In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence, the decision-making of Moderna, including the content of its financial statements, filings with the SEC, press releases, and other public statements.

153.    Given their individual and collective responsibilities for managing Moderna throughout the Class Period, the Individual Defendants were regularly presented to the market as the individuals responsible for the Company's day-to-day business and operations, as well as its strategic direction.

44

154.    As set forth above, the Individual Defendants acted knowingly and intentionally, in such a manner as to constitute willful fraud and deceit upon Plaintiff and other members of the Class who purchased Moderna's securities during the Class Period.

155.    Each of the Individual Defendants culpably participated in a meaningful sense in the fraud alleged herein. By reason of the foregoing, and by virtue of their position as controlling persons, the Individual Defendants are liable to Plaintiff and members of the Class for violations of Section 20(a) of the Exchange Act.

## XI.    PRAYER FOR RELIEF

156.    Wherefore, Plaintiff prays for relief and judgment as follows:

a.    Determining that this action is a proper class action and certifying Plaintiff as class representative under Rule 23 of the Federal Rules of Civil Procedure;

b.    Awarding damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' violations of the Securities Exchange Act of 1934, in an amount to be proven at trial, including pre- and post-judgment interest thereon;

c.    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action including counsel fees and expert fees; and

d.    Awarding such other and further relief as the Court may deem just and proper.

## XII.    JURY TRIAL DEMANDED

157.    Plaintiff hereby demands a trial by jury.

45

DATED: August 25, 2025

Respectfully submitted,

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**

/s/ *Theodore M. Hess-Mahan*

Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**

Stanley D. Berstein (*pro hac vice* motion forthcoming)
Michael S. Bigin (*pro hac vice* motion forthcoming)
Stephanie M. Beige *(pro hac vice* motion forthcoming)
Jeffrey R. McEachern (*pro hac vice* motion forthcoming)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Plaintiff and the Proposed Class*

46

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on August 25, 2025, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan