**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-12058-IT |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE, | |
| Defendants. | |

**DECLARATION OF MICHAEL S. BIGIN**
**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**
**AND MOTION TO STRIKE DEFENDANTS' EXHIBITS 17-22; 32-37; AND 41**

I, MICHAEL S. BIGIN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am Partner at the law firm of Bernstein Liebhard LLP. Bernstein Liebhard LLP is the Lead Counsel for Lead Plaintiff in this Action. I am admitted to this Court *pro hac vice*.

2.      The facts set forth in this Declaration are based on my personal knowledge, information, and belief.

3.      Annexed hereto as Exhibit 1 is a true and correct copy of FDA's Summary Basis for Regulatory Action dated May 31, 2024, published by the FDA in connection with its approval of mRESVIA.[1]

4.      Annexed hereto as Exhibit 2 is a true and correct copy of the FDA's Clinical Review Memo dated May 29, 2024, published by the FDA in connection with its approval of mRESVIA.[2]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2025.

*s/ Michael S. Bigin*

---

[1] https://www.fda.gov/media/179634/download?attachment

[2] https://www.fda.gov/vaccines-blood-biologics/vaccines/mresvia
(within subfolder: Approval History, Letters, Reviews, and Related Documents – MRESVIA, Clinical Review Memo – MRESVIA)

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 8, 2025.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan