**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXHIBITS 17-22; 32-37; AND 41

Pursuant to Federal Rule of Civil Procedure 12(f), and  Local Rule 7.1(b)(1), Plaintiff hereby moves the Court to: (a) strike Defendants' Exhibits 17-22, 32-37; and 41 (Doc. Nos. 72-17, 72-18, 72-19, 72-20, 72-21, 72-22, 72-32, 72-33, 72-34, 72-35, 72-36, 72-37, and 72-41); and (b) strike from the record assertions in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint (Doc. No. 73) based on these documents.

As grounds for this motion, Plaintiff states as follows:

The exhibits and assertions based thereon should be stricken for the reasons set forth in Plaintiff's Memorandum of Law in Support of Motion to Strike Defendants' Exhibits 17-22; 32-37; and 41.

WHEREFORE, Plaintiff respectfully requests that the Court strike from the record the above-referenced exhibits and assertions based thereon, and grant such other and further relief that the Court deem just and proper.

1

DATED: December 8, 2025

Respectfully submitted,

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**
/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Berstein (*pro hac vice*)
Michael S. Bigin (*pro hac vice*)
Stephanie M. Beige *(pro hac vice)*
Jeffrey R. McEachern (*pro hac vice* forthcoming)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Plaintiff and the Proposed Class*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that in compliance with Local Rule 7.1(a)(2), on December 3, 2025, counsel for Plaintiff and counsel for Defendants conferred in good faith about this Motion and did not resolve or narrow the issues raised in this Motion.

/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on December 8, 2025, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan