**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE**
**DEFENDANTS' EXHIBITS 17-22; 32-37; AND 41**

**WHEREAS**, the Court has considered Plaintiff's Motion to Strike Defendants' Exhibits 17-22; 32-37; and 41,

**IT IS HEREBY ORDERED THAT**:

1. The Court strikes Defendants' Exhibits 17-22;32-37; and 41 (Doc. Nos. 72-17, 72-18, 72-19, 72-20, 72-21, 72-22, 72-32, 72-33, 72-34, 72-35, 72-36, 72-37, and 72-41); and

2. The Court strikes from the record assertions in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint (Doc. No. 73) based on the stricken documents.


**SO ORDERED:**

Dated:_____


_____
HON. INDIRA TALWANI
UNITED STATES DISTRICT JUDGE