**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT |

**DECLARATION OF ADAM ROSENFELD IN SUPPORT OF**
**DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION TO STRIKE DEFENDANTS' EXHIBITS 17-22; 32-37; AND 41**

I, Adam Rosenfeld, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1.      I am an attorney at the law firm of Freshfields US LLP, counsel for Defendants in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Strike Defendants' Exhibits 17-22; 32-37; and 41.[1] The facts set forth in this Declaration are based on my personal knowledge, information, and belief.

2.      Annexed hereto as Exhibit 42 is a true and correct copy of the FDA's acknowledgement and receipt of Moderna's February 26, 2024 electronic submission, Sequence Number 0039, of its Summary of Changes to Clinical Study Report Data and accompanying cover letter. A Sequence Number is specific to each electronic submission package. The FDA

---

[1] Defined terms as in Defendants' opening brief in support of their Motion to Dismiss (Doc. No. 73).

1

acknowledgement and receipt matches the Sequence Number (0039) and date (February 26, 2024) of the submission.

3.     Annexed hereto as Exhibit 43 is a true and correct copy of the FDA's acknowledgement and receipt of Moderna's March 12, 2024 electronic submission, Sequence Number 0046, of its Clarification Memo IR #19 and accompanying cover letter. The FDA acknowledgement and receipt matches the Sequence Number (0046) and date (March 12, 2024) of the submission.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 14, 2026
       New York, New York

_____
Adam Rosenfeld

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated:  January 14, 2026

/s/ *Meredith Kotler*_____
Meredith Kotler