# Exhibit 43



Food and Drug Administration
Automated Submissions Receipt



### Successful 3rd Acknowledgement PDF Notification

Your Submission was successfully processed by the Center for Biologics Evaluation and Research (CBER) and is available to the assigned review office

**CBER Receipt Date:** 03/12/2024
**Application Type/Number:** BLA 125796/0.45
**eCTD Sequence Number:** 0046
**Core ID:** ci1710269724711.2332657@fdsahl88ceb438_te1

Your official receipt date is calculated in accordance with the following final Guidance for Industry:
https://www.fda.gov/drugs/electronic-regulatory-submission-and-review/electronic-regulatory-submissions-and-review-helpful-links

https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-regulatory-submissions-electronic-format-receipt-date

For technical assistance only: esubprep@fda.hhs.gov

For all other questions regarding your submission, contact your review division.

Thank you,
CBER Electronic Submissions Program