**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXHIBITS 17-22; 32-37; AND 41**

Pursuant to Local Rule 7.1(b)(3) Lead Plaintiff Pak Sa Kim ("Plaintiff") hereby respectfully requests leave to file a seven (7) page reply brief, and an accompanying Appendix of cited cases (the "Reply") in further support of Plaintiff's Motion to Strike Defendants' Exhibits 17-22; 32-37; and 41. *See* Doc. Nos. 76 and 77. The Reply is necessary to address Defendants' expansion of Rule 12(d)'s narrow exception, and to address two new exhibits (Doc. Nos. 80-1 and 80-2) submitted by Defendants in their Opposition to Plaintiff's Motion to Strike Certain Exhibits (Doc. No. 81).

Defendants object to Plaintiff filing a reply brief that is over three pages.

WHEREFORE, Plaintiff respectfully submits that the proposed Reply is necessary to address the aforesaid issues with seven-pages of briefing. Accordingly, Plaintiff requests leave to file the proposed reply brief and the accompanying Appendix attached as Exhibits A and B hereto.

DATED: January 23, 2026

Respectfully submitted,

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**
/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Berstein (*pro hac vice*)
Michael S. Bigin (*pro hac vice*)
Stephanie M. Beige *(pro hac vice*)
Jeffrey R. McEachern (*pro hac vice*)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Plaintiff and the Proposed Class*

2

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that in compliance with Local Rule 7.1(a)(2), on January 22, 2026 and January 23, 2026, counsel for Plaintiff and counsel for Defendants conferred in good faith about this Motion and did not fully resolve the issues raised in this Motion as noted above.

/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on January 23, 2026, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan