**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., STÉPHANE BANCEL, JAMES M. MOCK, and STEPHEN HOGE,<br><br>Defendants. | Case No. 1:24-cv-12058-IT<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION TO STRIKE DEFENDANTS' EXHIBITS 17-22; 32-37; AND 41**

**WHEREAS**, the Court has considered Plaintiff's Motion for Leave to File a Reply in Further Support of Plaintiff's Motion to Strike Defendants' Exhibits 17-22; 32-37; and 41, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff has moved this Court to approve his request for leave to file a Reply and an accompanying Appendix in further support of his motion to strike Defendants' Exhibits 17-22;32-37; and 41; and

2. The Court hereby grants Plaintiff's request for leave to file the Reply and an accompanying Appendix attached as Exhibits A and B to the motion.

**SO ORDERED:**

Dated:_____

_____
HON. INDIRA TALWANI
UNITED STATES DISTRICT JUDGE