UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASON WENTZ, Individually and on Behalf
of All Others Similarly Situated,

                              Plaintiffs,

                -v.-                                Case No. 1:24-cv-12058-IT

MODERNA, INC., STÉPHANE BANCEL,
JAMES M. MOCK, and STEPHEN HOGE

                              Defendants.

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE REPLY WITH 10-PAGE APPENDIX**

Defendants respectfully oppose Plaintiff's Motion for Leave to File a Reply plus 10-page appendix containing additional argument in connection with his Motion to Strike. ECF 83, 83-1, 83-2. Plaintiff could have raised his objections to exhibits supporting Defendants' Motion to Dismiss in his 35-page Opposition to the Motion to Dismiss, ECF 75. Instead, by filing a separate Motion to Strike, ECF 76, Plaintiff already generated the ability to file an additional 11 pages of briefing, ECF 77, for a total of 46 pages of briefing in connection with Defendants' Motion to Dismiss.

Plaintiff's new request for a 7-page reply *plus* 10-page appendix with more legal argument[1] would take his total briefing to 63 pages. That is a clear circumvention of the page limits ordered by this Court for the briefing on Defendants' Motion to Dismiss. ECF 69, 70. A reply on the Motion to Strike would also effectively provide Plaintiff with a sur-reply and final briefing in connection with Defendants' Motion to Dismiss.

---

[1] The Appendix is not simply a compilation of cited cases, as Plaintiff's Motion for Leave to File misleadingly states. ECF 83 at 1; ECF 83-2. Rather, it is 10-page chart providing isolated quotes from, or descriptions of purported holdings in, 65 cases. It is an additional 10 pages of argument, which Defendants dispute. Consideration of the Appendix would be highly prejudicial to Defendants.

Plaintiff's Motion for Leave to File a Reply claims that Plaintiff seeks to address (i) Fed. R. Civ. P. 12(d), and (ii) two exhibits Defendants submitted with their Opposition to the Motion to Strike. ECF 73 at 1. Yet the proposed Reply, ECF 83-1, mentions Rule 12(d) in just three sentences. Meanwhile, the two exhibits were submitted in response to Plaintiff's speculation—first proffered in his Motion to Strike and Motion to Dismiss Opposition—that the FDA had no record of Moderna's March 12, 2024 submission. ECF 77 at 4; ECF 75 at 2. Defendants submitted the FDA's one-page electronic filing receipts for that submission and for Moderna's February 26, 2024 submission. ECF 80-1, 80-2.

Defendants advised Plaintiff that they would not oppose the filing of a reply brief of up to three pages. Defendants respectfully submit that, to the extent any reply briefing were appropriate, three pages would have been more than sufficient to address any issues not already covered by Plaintiff in his prior 46 pages of briefing. Defendants were not asked about, and would have strenuously objected to, the additional filing of a 10-page Appendix *discussing* the purported holdings in 65 decisions rather than simply compiling and submitting the decisions themselves.

Finally, Defendants respectfully submit that there is no need for any additional briefing here. All parties requested oral argument in connection with Defendants' Motion to Dismiss. Plaintiff is free to raise any additional points during argument.

Dated: January 23, 2026

Respectfully submitted,

/s/ *Sara Jane Shanahan*
Sara Jane Shanahan (BBO# 567837)
Mariem Marquetti (BBO# 709438)
SHERIN AND LODGEN LLP
One Lincoln Street
Boston, Massachusetts 02111
(617) 646-2000
sjshanahan@sherin.com
mmarquetti@sherin.com

Boris Feldman (*pro hac vice*)
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com


/s/ *Meredith Kotler*
Meredith Kotler (*pro hac vice*)
Adam Rosenfeld (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
meredith.kotler@freshfields.com
adam.rosenfeld@freshfields.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those identified as non-registered participants.

<u>/s/ *Meredith Kotler*</u>
Meredith Kotler