UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASON WENTZ, Individually and on Behalf of All Others Similarly Situated, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:24-cv-12058-IT |
| MODERNA, INC., et al., | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

TALWANI, D.J.

In accordance with this court's Memorandum and Order [Doc. No. 103] adopting the Magistrate Judge's Report and Recommendation [Doc. No. 94] as to Lead Plaintiff's failure to plead scienter and overruling Lead Plaintiff's Objections [Doc. No. 99], Lead Plaintiff's Amended Complaint [Doc. No. 62] is DISMISSED with prejudice and this case is CLOSED.

IT IS SO ORDERED.

October 13, 2026

/s/ Indira Talwani
United States District Judge